IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID E. GOLFE,

    Petitioner,

vs.                                                  Case No. 4:13cv437-RH/CAS

MICHAEL CREWS,

    Respondent.
_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

On August 5, 2013, Petitioner David E. Golfe, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. Petitioner has also filed a motion for leave to proceed in forma pauperis. Docs. 3, 5.

Petitioner is currently incarcerated at the Wakulla Correctional Institution in Crawfordville, Florida, which is located in the Northern District of Florida. Doc. 1 at 32; *see* 28 U.S.C. § 89(a). Petitioner challenges a state court judgment and sentence imposed by the Nineteenth Judicial Circuit, in Indian River County, Florida, which is located in the Southern District of Florida. Doc. 1; *see* 28 U.S.C. § 89(c).

Jurisdiction is appropriate in the district of confinement and the district of conviction. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition

in district where he was convicted and sentenced or in district where he is incarcerated). In this case, however, because the district of conviction appears to be the most convenient and appropriate venue, the petition should be transferred to the United States District Court for the Southern District of Florida. *Id*.; *see* Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992).

It is therefore respectfully **RECOMMENDED** that the case file and any service copies be **TRANSFERRED** to the United States District Court for the Southern District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on August 20, 2013.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:13cv437-RH/CAS